```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 08151
    LIZZIE M VINSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-2987


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/04/2008 and was confirmed 06/05/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
WILSHIRE MTG               NOTICE ONLY    NOT FILED             .00           .00
LASALLE BANK               CURRENT MORTG       .00              .00           .00
LASALLE BANK               MORTGAGE ARRE       .00              .00           .00
THOMAS R HITCHCOCK         NOTICE ONLY    NOT FILED             .00           .00
ASSET ACCEPTANCE CORP      UNSECURED        1407.22            .00           .00
CAVALRY PORTFOLIO SERVIC   UNSECURED         505.81            .00           .00
JSLA INVESTMENT            NOTICE ONLY    NOT FILED             .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         607.61            .00           .00
OSI COLLECTION SERVICES    UNSECURED      NOT FILED             .00           .00
TRISTEN & GONZALEZ         UNSECURED      NOT FILED             .00           .00
WACHOVIA DEALER SERVICES   UNSECURED        6931.34            .00           .00
DARRIL VINSON              NOTICE ONLY    NOT FILED             .00           .00
JSLA INVESTMENT            NOTICE ONLY    NOT FILED             .00           .00
ROBERT WILLIAMS            NOTICE ONLY    NOT FILED             .00           .00
TRISTEN & GONZALEZ         NOTICE ONLY    NOT FILED             .00           .00
COOK COUNTY TREASURER      NOTICE ONLY    NOT FILED             .00           .00
WILSHIRE CREDIT CORPORAT   NOTICE ONLY    NOT FILED             .00           .00
JAKE VINSON                NOTICE ONLY    NOT FILED             .00           .00
LASALLE BANK               NOTICE ONLY    NOT FILED             .00           .00
THOMAS R HITCHCOCK         DEBTOR ATTY     2,964.50                        460.00
TOM VAUGHN                 TRUSTEE                                          40.00
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     500.00

PRIORITY                                                                    .00
SECURED                                                                     .00
UNSECURED                                                                   .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 08151 LIZZIE M VINSON
```

```
ADMINISTRATIVE                                                  460.00
TRUSTEE COMPENSATION                                             40.00
DEBTOR REFUND                                                      .00
                                 ---------------   ---------------
TOTALS                                    500.00            500.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/22/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
          CASE NO. 08 B 08151 LIZZIE M VINSON